United States District Court
Southern District of Texas
**ENTERED**
January 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JENNIFER BARBARA BELL, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00084 |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion, the undersigned enters final judgment in this case. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on January 17, 2024.

_____
Jason B. Libby
United States Magistrate Judge